UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>          Plaintiff,<br><br>     v.<br><br>NAVAJO RUG CLEANING CO. INC., et al.,<br><br>          Defendants. | Case No.  3:16-cv-05108-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 9 |

On September 6, 2016, plaintiff filed this action alleging violations of the Americans with Disabilities Act and the Unruh Civil Rights Act. Dkt. No. 1. Defendant's agent for service of process, Mr. James Rowe, filed an answer on behalf of the defendant corporation on September 21, 2016. Dkt. No. 7. On October 11, plaintiff moved to strike defendant's answer because corporations must be represented by counsel, and Mr. Rowe is not a licensed attorney. Dkt. No. 9. Defendant's opposition to plaintiff's motion to strike was due on October 25, 2016. As of the date of this Order, defendant has not filed an opposition or other response to the pending motion.

Defendant is ORDERED TO SHOW CAUSE why plaintiff's motion to strike should not be granted. Defendant shall respond to this Order by December 16, 2016. The hearing set for November 30, 2016 at 2:00 p.m. is continued to January 11, 2017 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: November 16, 2016

WILLIAM H. ORRICK
United States District Judge