UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA KOUSSA,

    Plaintiff,

v.

NAVAJO RUG CLEANING CO. INC., et al.,

    Defendants.

Case No. 16-cv-05108-WHO

**ORDER TO SHOW CAUSE RE: SANCTIONS AND DENYING REQUEST TO APPEAR BY TELEPHONE**

At the prior scheduled hearing on plaintiff's motion to strike, I ordered that the plaintiff provide Mr. Rowe with a written explanation of what it contends must done at the site of his business by January 20, 2017 and that the parties independently file a Status Report on May 2, 2017 that addressed whether any issues remain regarding compliance with the ADA, with plaintiff attaching a copy of its notice to Mr. Rowe as described above and its billing records in this case, including the cost of its expert. Dkt. No. 13. Plaintiff has not filed the Status Report.

In addition, in several cases filed in my court plaintiff's law firm has ignored the requirements of General Order 56, the entire purpose of which is help parties resolve ADA cases quickly and as inexpensively as possible while providing complete relief. *See Finger v. Mariposa Baking Co.*, No. 14-cv-03813-WHO, Dkt. No. 16 (N.D. Cal. Jun. 25, 2016) (ordering counsel to comply with General Order 56); *Johnson v. JDF Holdings, LLC*, No. 16-cv-04291-WHO, Dkt. No. 22 (N.D. Cal. Feb. 7, 2017) (ordering the parties to comply with General Order 56 and warning plaintiff's counsel that further disregard of the Order may result in sanctions); *Arroyo v. NETAJ, LLC*, No. 16-cv-06294-WHO (parties were required to file notice of need for mediation under General Order 56 last month and have failed to do so).

Mr. Rowe has filed a Status Report that indicates it is impracticable for defendant to provide a conforming parking space and describes the accommodation the defendant has made. He also indicates that he has attempted to communicate with plaintiff's counsel but that counsel has ignored or refused to speak with Mr. Rowe.

Plaintiff states that she "has not had sufficient opportunity to evaluate these claims fully." Dkt. No. 16, p.5. When this case was filed, as a matter of law plaintiff's counsel made representations with respect to the merit of the claims and the purpose of the litigation. Fed. R. Civ. P. 11(b). This case has been pending since September 6, 2016.

Plaintiff is ordered to show cause why she and her counsel should not be sanctioned for their wholesale noncompliance with the Orders of this court and for violation of their obligations under Federal Rule of Civil Procedure 11(b). No later than May 8, 2017, plaintiff shall file the tardy Status Report ordered on January 11, 2017. Plaintiff shall address substantively Mr. Rowe's information with respect to the impracticability of accommodating plaintiff other than in the way he has proposed. And plaintiff's counsel shall show cause why she was not in violation of Rule 11 when the complaint was signed and filed in this matter.

Plaintiff's counsel has also requested to appear at the hearing on May 9, 2017 by telephone. That request is DENIED.

**IT IS SO ORDERED.**

Dated: May 5, 2017

William H. Orrick
United States District Judge